Roberto R. Dulce, BAR #168910
Attorney at Law
Address: 2014 Tulare St., Suite 633
Fresno, CA 93721
Telephone: (559) 214-0320
Email: roberto@dulce-law.com

Attorney for Defendant Christian Urena

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Christian Urena, <br><br> Defendant. | No. 1-22CR-00223-JLT-1 <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF ROBERTO R. DULCE AS ATTORNEY OF RECORD AND [PROPOSED] ORDER** |

On or about August 27, 2023, Defendant Christian Urena sought leave of the court to request for an Early Termination of Supervised Release. CJA Panel Attorney Roberto R. Dulce was appointed as counsel to represent Mr. Urena on August 30, 2023 in connection with this request. On or about September 28, 2023, Mr. Urena's Motion to Modify Conditions of Release was granted by the court. Thereafter, no further substantive actions were taken in connection with this matter. The trial phase of Mr. Urena's case has, therefore, come to an end. Having completed his representation of Mr. Urena, CJA attorney Roberto R. Dulce now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Urena require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: January 27, 2025                                          Respectfully submitted,

                                                                                        /s/ Roberto R. Dulce
                                                                                        Attorney's Name, Attorney for
                                                                                        Defendant Christian Urena

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Roberto R. Dulce has completed the services for which he was appointed, the Court hereby grants attorney Roberto R. Dulce's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Christian Urena at the following address and to update the docket to reflect Defendant's pro se status and contact information.

837 W. California,
Fresno, CA 93706

**IT IS SO ORDERED**

Dated: February 13, 2025                                          _____
                                                                                        UNITED STATES DISTRICT JUDGE